Dismissed and Memorandum Opinion filed February 25, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00074-CR

____________

 

CHANDRA CLARICE ROBINSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th District Court

Harris County, Texas

Trial Court Cause No. 1133864

 



 

MEMORANDUM
OPINION

Appellant entered a plea of guilty to delivery of a
controlled substance.  In accordance with the terms of a plea bargain agreement
with the State, the trial court sentenced appellant on December 16, 2009, to
confinement for three years in the Institutional Division of the Texas
Department of Criminal Justice and assessed a fine of $500.00.  Appellant filed
a pro se notice of appeal.  We dismiss the appeal.  

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

 

 

Judgment rendered and
Memorandum Opinion filed February 25, 2010.

Panel consists of Justices
Yates, Seymore, and Brown. 

Do Not Publish — Tex. R. App. P. 47.2(b)